IN THE UNITED STATES DISTRICT COURT FOR

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 08-62M ) |
| TERESA D. HARGROVE, | ) ) ) |
| Defendant. | ) |

**INFORMATION**

The United States Attorney charges:

On or about September 19, 2007 within the special maritime and territorial jurisdiction of the United States, more specifically, that is land occupied by Dover Air Force Base, in the District of Delaware,

TERESA D. HARGROVE

did commit an assault against Temika Carter in violation of 11 Delaware Statute, Section 611. Violations of Delaware Statutes on land under the exclusive jurisdiction of the United States are assimilated into violations of federal law pursuant to 18 U.S.C. § 13.

COLM F. CONNOLLY
United States Attorney

KHELA M. VON LINSOWE
Special Assistant United States Attorney
436 AW/JA
200 Eagle Way
Dover AFB, DE 19902
(302) 677-3297

Forces.

KHELA M. VON LINSOWE
Special Assistant United States Attorney
436 AW/JA
200 Eagle Way
Dover AFB, DE 19902
(302) 677-3297

Subscribed and sworn to before me this 10th day of March, 2008.

ROBERT T. LEAHY, Capt, USAF
Assistant Staff Judge Advocate
Notary, 10 U.S.C. 1044a