**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-MJ-062-LPS |
| | : | |
| TERESA D. HARGROVE, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR A SCHEDULING CONFERENCE**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1. The government filed a misdemeanor information against defendant on March 12, 2008.

2. Defendant appeared before this court for an initial appearance and arraignment on May 1, 2008.

3. No pre-trial motions have been filed as of the date of this application.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of this matter. A proposed form of order is attached for the Court's convenience.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                  By:    s/Lesley F. Wolf
                                            Lesley F. Wolf
                                            Assistant United States Attorney
                                            1007 Orange Street, Suite 700
                                            P.O. Box 2046
                                            Wilmington, Delaware 19899-2046

DATED:      June 25 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-MJ-062-LPS |
| | : | |
| TERESA HARGROVE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that

1. A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 2A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE LEONARD P. STARK
UNITED STATES MAGISTRATE JUDGE