IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-MJ-062-LPS |
| TERESA HARGROVE, | : | |
| Defendant. | : | |

ORDER

IT IS HEREBY ORDERED this 27th day of June, 2008, that

1. A scheduling Tele conference in this matter will be held on the 7th day of July at 11:30 a.m. ~~in Courtroom 2A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;~~ government shall initiate the call to (302) 573-4543.

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE LEONARD P. STARK
UNITED STATES MAGISTRATE JUDGE