UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 08-62-M-LPS |
| ) | |
| THERESA D. HARGROVE, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

And now this **7th** day of **JULY, 2008**,

IT IS HEREBY ORDERED that a trial is scheduled for the above defendant on **Wednesday, October 22nd, 2008 at 10:00 a.m.**, in Courtroom 2A of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware before the Honorable Leonard P. Stark.

IT IS FURTHER ORDERED that the government shall notify the court in writing by no later than **Monday, September 8th, 2008** if the government and the defendant reach a plea agreement in this matter.

IT IS FURTHER ORDERED that the time between the date of this order and **October 22nd, 2008** shall be excludable under the Speedy Trial Act in the interests of justice ( 18 U.S.C. 3161 et, seq.).

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney